IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NAUTILUS INSURANCE COMPANY**                      **PLAINTIFF**

v.                                    **CAUSE NO. 1:14CV178-LG-JCG**

**WONDERLAND EXPRESS, INC., ET AL.**               **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [21] filed by the plaintiff, Nautilus Insurance Company, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Nautilus Insurance Company, pursuant to Fed. R. Civ. P. 56 and 57.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Nautilus Insurance Company is entitled to a declaratory judgment that it owes no rights, duties, or obligations to the defendants arising out of or relating to the Accident based on the Policy issued to Wonderland Express, Inc.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2015.

                                                  s/ *Louis Guirola, Jr.*
                                                  LOUIS GUIROLA, JR.
                                                  CHIEF U.S. DISTRICT JUDGE